UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

nLIGHT, INC.,

      Plaintiff,

v.

DAVID M. HEMENWAY, and ATTALON, INC., a foreign corporation,

      Defendants.

Case No. 2:26-cv-01177-RSM

STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

STIPULATION AND ORDER FOR EXTENSION OF TIME
TO RESPOND TO COMPLAINT
CASE NO. 2:26-CV-01177-RSM

1

Pursuant to Fed. R. Civ. P. 6(b)(1) and Local Rules 7(j) and 10(g), Defendants David M. Hemenway and Attalon, Inc. ("Defendants") and Plaintiff nLIGHT, Inc. ("Plaintiff") jointly move the Court for an extension of time for Defendants to answer or otherwise respond to Plaintiff's Complaint to facilitate discussions in hopes of a potential resolution.  In support of this motion, Defendants and Plaintiff state the following:

1.      On April 7, 2026, Plaintiff filed its Complaint in this matter.  (Dkt. #1)

2.      On April 10, Plaintiff filed a motion for a temporary restraining order and a motion for expedited discovery.  (Dkts. ## 9, 22)  On April 16, 2026, the Court denied the temporary restraining order.  (Dkt. #25)

3.      Defendants' current deadline for answering or otherwise responding to the Complaint is May 1, 2026.

4.      Defendants seek an extension of time to answer or otherwise respond to Plaintiff's Complaint until May 15, 2026.

5.      Plaintiff consents to Defendants' request for additional time to answer or otherwise respond to its Complaint.

6.      This is the first request for an extension of time, and this request is not made for the purpose of delay or any other improper purpose.

WHEREFORE, the parties below respectfully request the Court to enter the below Order extending the deadline by which Defendants must respond to Plaintiff's Complaint until May 15, 2026.

STIPULATION AND ORDER FOR EXTENSION OF TIME     2
TO RESPOND TO COMPLAINT
CASE NO. 2:26-CV-01177-RSM

Stipulated to and presented this 28th day of April, 2026.

BRYAN CAVE LEIGHTON PAISNER LLP

By: */s/ Elisabeth Read*

Chelsey Mam
Elizabeth Read
999 3rd Avenue, Ste. 4400
Seattle, WA 98104
Telephone: (206) 600-6650
Chelsey.mam@bclplaw.com
Elisabeth.read@bclplaw.com

WILEY REIN LLP
By: */s/ Scott Felder*

Scott A. Felder
Olaoluwaposi O. Oshinowo
Savanna L. Shuntich
2050 M. Street NW
Washington, D.C. 20036
Telephone: (202) 719-7000
ooshunowo@wiley.law
sshuntick@wiley.law

*Attorneys for Plaintiffs*

CORR CRONIN, LLP

By:   */s/ Jeffery B. Coopersmith*

Jeffery B. Coopersmith
1015 Second Avenue, 10th Floor
Seattle, WA 98104-1001
Telephone: (206) 501-3530
Facsimile: (206) 625-0900
jcoopersmith@corrcronin.com

WEIL, GOTSHAL & MANGES LLP
By:   */s/ Adam Gershenson*

Adam Gershenson
100 Federal Street, 34th Floor
Boston, MA 02110
Telephone: (617) 772-8310
Facsimile: (617) 772-8333
adam.gershenson@weil.com

*Attorneys for Defendants*

**ORDER**

It is hereby ORDERED that the parties' motion is GRANTED.  Defendant has until May 15, 2026, to answer or otherwise respond to the Complaint in this case.

DATED this 29th day of April, 2026.


RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER FOR EXTENSION OF TIME          4
TO RESPOND TO COMPLAINT
CASE NO. 2:26-CV-01177-RSM