UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| nLIGHT, INC.,<br><br>    Plaintiff,<br>v.<br><br>DAVID M. HEMENWAY, and ATTALON, INC., a foreign corporation,<br><br>    Defendants. | Case No. 2:26-cv-01177-RSM<br><br>STIPULATION AND ORDER FOR FURTHER EXTENSION OF TIME TO RESPOND TO COMPLAINT |

STIPULATION AND ORDER FOR FURTHER EXTENSION
OF TIME TO RESPOND TO COMPLAINT       1

Pursuant to Fed. R. Civ. P. 6(b)(1) and Local Rules 7(j) and 10(g), Defendants David M. Hemenway and Attalon, Inc. ("Defendants") and Plaintiff nLIGHT, Inc. ("Plaintiff") (collectively, the "Parties") jointly move the Court for a further extension of time for Defendants to answer or otherwise respond to Plaintiff's Complaint to further discussions designed to reach an overall resolution.  In support of this motion, Defendants and Plaintiff state the following:

1. On April 7, 2026, Plaintiff filed its Complaint in this matter.  (Dkt. #1)

2. On April 10, Plaintiff filed a motion for a temporary restraining order and a motion for expedited discovery.  (Dkts. ## 9, 22)  On April 16, 2026, the Court denied the temporary restraining order.  (Dkt. #25)  On April 29, 2026, the Court granted the Parties' stipulated motion for extension of time to respond to the Complaint. (Dkt. # 30)

3. Defendants' current deadline for answering or otherwise responding to the Complaint is May 15, 2026.

4. Defendants seek an additional forty-five (45) day extension of time to answer or otherwise respond to Plaintiff's Complaint until June 29, 2026.

5. Plaintiff consents to Defendants' request for additional time to answer or otherwise respond to its Complaint.

6. This request is not made for the purpose of delay or any other improper purpose, but rather because the parties anticipate the extra time will suffice to conduct negotiations and reach resolution.

WHEREFORE, the Parties below respectfully request the Court to enter the below Order extending the deadline by which Defendants must respond to Plaintiff's Complaint until June 29, 2026.

STIPULATION AND ORDER FOR FURTHER EXTENSION    2
OF TIME TO RESPOND TO COMPLAINT

Stipulated to and presented this 11th day of May 2026.

BRYAN CAVE LEIGHTON PAISNER LLP

By: */s/ Elisabeth Read*

Chelsey Mam
Elisabeth Read
999 3rd Avenue, Ste. 4400
Seattle, WA 98104
Telephone: (206) 600-6650
Chelsey.mam@bclplaw.com
Elisabeth.read@bclplaw.com

WILEY REIN LLP
By: */s/ Scott Felder*

Scott A. Felder
Olaoluwaposi O. Oshinowo
Savanna L. Shuntich
2050 M. Street NW
Washington, D.C. 20036
Telephone: (202) 719-7000
ooshunowo@wiley.law
sshuntick@wiley.law

*Attorneys for Plaintiffs*

CORR CRONIN, LLP

By:    */s/ Jeffrey B. Coopersmith*

Jeffrey B. Coopersmith
1015 Second Avenue, 10th Floor
Seattle, WA 98104-1001
Telephone: (206) 501-3530
Facsimile: (206) 625-0900
jcoopersmith@corrcronin.com

WEIL, GOTSHAL & MANGES LLP
By:    */s/ Adam Gershenson*

Adam Gershenson
100 Federal Street, 34th Floor
Boston, MA 02110
Telephone: (617) 772-8310
Facsimile: (617) 772-8333
adam.gershenson@weil.com

*Attorneys for Defendants*

STIPULATION AND ORDER FOR FURTHER EXTENSION    3
OF TIME TO RESPOND TO COMPLAINT

**<u>ORDER</u>**

It is hereby ORDERED that the parties' motion is GRANTED. Defendants have until June 29, 2026, to answer or otherwise respond to the Complaint in this case.

DATED this 13th day of May 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER FOR FURTHER EXTENSION
OF TIME TO RESPOND TO COMPLAINT        4